IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| L.O.K., <br><br> Plaintiff, <br><br> v. <br><br> GREATER ALBANY PUBLIC SCHOOL DISTRICT 8J, *et al.*, <br><br> Defendants. | 6:20-cv-00529-AA <br><br> **ORDER TO RETAIN CUSTODY OF EXHIBITS** |

AIKEN, District Judge.

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

DATED this 18th day of September, 2023.

Ann Aiken
United States District Judge

**SO STIPULATED.**

Attorney for the Plaintiff          Attorney for the Defendants

Page 1 – ORDER