FILED 21 SEP '23 13:02 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

L.O.K., a minor by and through
ELAINE KELSEY as L.O.K.'s
Guardian and Next Friend,

    Plaintiff,

v.

GREATER ALBANY PUBLIC
SCHOOL DISTRICT 8J;
JERRIE MATUSZAK,

    Defendants.

No. 6:20-cr-00529-AA

**VERDICT**

AIKEN, District Judge.

We the jury, being first duly empaneled and sworn in the above-titled cause, do find as follows:

### EQUAL PROTECTION CLAIM

1. Was Lior harassed or bullied by their peers because of gender?

    √ Yes ___ No

*If your answer to Question 1 is yes, please continue to Question 2. If your answer to Question 1 is no, please skip to Question 8.*

2. Did Jerrie Matuszak treat Lior differently than others who were similarly situated?

    √ Yes ___ No

Page 1 – VERDICT

*If your answer to Question 2 is yes, continue to Question 3. If your answer to Question 2 is no, please skip Question 5.*

3. Did Jerrie Matuszak respond to known harassment or bullying in a way that was clearly unreasonable?

    √ Yes ___No

*If your answer to Question 3 is yes, continue to Question 4. If your answer to Question 3 is no, please skip to Question 5.*

4. Did Lior suffer further bullying and harassment as a result?

    √ Yes ___No

## TITLE IX CLAIM

5. Were the students who harassed or bullied Lior under the school's disciplinary authority?

    Yes X No___

*If your answer to Question 5 is yes, continue to Question 6. If your answer to Question 5 is no, please skip to Question 8.*

6. Was the student harassment or bullying so severe, pervasive, and objectively offensive that it can be said to have deprived Lior of access to the educational opportunities or benefits provided by Greater Albany Public School District 8J?

    X Yes ___No

*If your answer to Question 6 is yes, continue to Question 7. If your answer to Question 6 is no, please skip to Question 8.*

7. Was the District's response to known student harassment or bullying clearly unreasonable?

Yes _X_ No ___

### OREGON SEX DISCRIMINATION CLAIM

8. Did Greater Albany Public School District 8J subject Lior to unreasonable differential treatment because of their gender?

_X_ Yes ___ No

*If you answered yes to Question 4, 7, or 8, please proceed to Question 9. If you answered no to all of those questions, please have the presiding juror sign and date this form and notify the bailiff that you have reached a verdict.*

9. What are Lior's damages?

Economic Damages: $ 42,353

Non-Economic Damages: $ 275,000

*Your deliberations are complete. Please have your presiding juror sign and date this form and notify the bailiff that you have reached a verdict.*

[signature redacted]

Presiding Juror

Dated this 21 day of September, 2023