IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| L.O.K., <br><br> Plaintiff, <br><br> v. <br><br> GREATER ALBANY PUBLIC SCHOOL DISTRICT 8J, *et al.*, <br><br> Defendants. | CLERK'S LIST OF EXHIBITS AND WITNESSES <br><br> Case No. 6:20-cv-00529-AA |

| | |
|---|---|
| Judge: | District Judge Ann Aiken |
| Counsel for Plaintiff: | Caitlin Mitchell, Jennifer Middleton |
| Counsel for Defendants: | Beth Plass, Karen Vickers |
| Courtroom Deputy: | Cathy Kramer |
| Court Reporter: | Kendra Steppler |
| Dates of Trial: | September 18-21, 2023 |

A = Admitted
NA = Not Admitted
W = Withdrawn

| EXH # | Plf | Dft | Ct. Act. | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| | | | | **PLAINTIFF'S EXHIBITS** | | |
| 1 | | | A | L.O.K.'s Student Information System Records from the Greater Albany Public School District | | |
| 2 | X | | A | L.O.K.'s Journal entry from 3rd grade | L.O.K. | |
| 3 | | | NA | Photograph of All-Girls Robotics Team | | |
| 4 | X | | A | Principal Matuszak's 2018-2019 incident report log for fifth grade at Oak Grove. | Jerrie Matuszak | |
| 5 | | | NA | Email dated September 23, 2018 from Cp Ogp to Elaine Kelsey | | |
| 6 | X | | A | Email exchange dated September 25-26, 2018, between Jerrie Matuszak and Elaine Kelsey | Elaine Kelsey | |
| 7 | X X | X | A | Email exchange dated September 24-25, 2018 from Jerrie Matuszak to Elaine Kelsey | Elaine Kelsey Jerrie Matuszak | |
| 8 | X X | X | A | Email exchange dated October 09, 2018, between Beth Riley and Elaine Kelsey | Elaine Kelsey Beth Riley | |
| 9 | X X | | A | Email dated October 11, 2018 from Elaine Kelsey to Jerrie Matuszak | Elaine Kelsey Jerrie Matuszak | |
| 10 | X X | | A | Email dated October 25, 2018 from Beth Riley to Elaine Kelsey | Elaine Kelsey Jerrie Matuszak | |
| 11 | X | | A | Email exchange dated January 15-16, 2019 between Sheryl Clemetsen and Elaine Kelsey | Elaine Kelsey | |
| 12 | X | | A | 2018-2019 Albany Online Grade Report | Elaine Kelsey | |
| 13 | | | A | Email exchange dated January 30-31, 2019 between Sheryl Clemetsen and Emily Valdez | | |
| 14 | X | | A | Email exchange dated February 19, 2019 between Sheryl Clemetsen and Elaine Kelsey | Elaine Kelsey | |
| 15 | X | | A | Email dated March 12, 2019 from Elaine Kelsey to Sheryl Clemetsen | Elaine Kelsey | |
| 16 | | | A | Email dated October 1, 2019 from Eric Arguinaga to Elaine Kelsey | | |
| 17 | | | A | Email dated October 1, 2019 from Elaine Kelsey to Eric Aguinaga | | |
| 18 | | | A | 2020 Policy JBA/GBN- Sexual Harassment | | |
| 19 | X | | A | 2015 Policy JB- Equal Educational Opportunity | Jerrie Matuszak | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | | | A | 2017 Policy KL- Public Complaints | | |
| 21 | X | | A | 2017 Policy AC- Nondiscrimination | Jerrie Matuszak | |
| 22 | X | | A | 2019 Policy JFCF- Hazing, Harassment, Intimidation, Bullying, Menacing, etc. | Jerrie Matuszak | |
| 23 | X | | A | 2019 Policy JFCF-AR- Hazing, Harassment, Intimidation, Bullying, Menacing, etc Reporting Procedures. | Jerrie Matuszak | |
| 24 | | | A | Memo dated June 21, 2018 from Colt Gill to Superintendents, Principals, State Reporting Staff and IT Managers | | |
| 25 | | | A | Tort Claim Notice dated September 30, 2019 and Receipt of Tort Claim Notice dated October 4, 2019 | | |
| 26 | | | A | Email dated March 23, 2019 from Elaine Kelsey to Sheryl Clemetsen | | |
| 27 | X X | | A | Photos of L.O.K from second grade to sixth grade | L.O.K. Elaine Kelsey | |
| 28 | X | | A | Documents showing the costs associated with selling L.O.K.'s family home in Albany and purchasing a new home in Corvallis. | Elaine Kelsey | |
| 29 | | | NA | L.O.K.'s drawing of the orchestra room at Oak Grove. | | |
| 30 | X | | A | Chegg Tutoring documents | Elaine Kelsey | |
| 31 | X | | A | Receipt for Tutoring dated February 6, 2019 | Elaine Kelsey | |
| 32 | X | | A | Last mortgage payment, old house & first mortgage payment, new house | Elaine Kelsey | |
| 33 | X | | A | E-mail with Pena | Elaine Kelsey | |
| | | | | | | |
| | | | | **DEFENDANTS' EXHIBITS** | | |
| 101 | | X | A | 2016-17 Report Card | Elaine Kelsey | |
| 102 | | | A | 2017-18 Report Card | | |
| 103 | | | A | 8/25/18 Journal Entry | | |
| 104 | | | A | 2018-19 – Registration to Oak Grove Elementary | | |
| 105 | | X | A | 10/26/18 E-mail from Matuszak to Kelsey | Elaine Kelsey | |
| 106 | | | A | 2018-19 Report Card | | |

| | | | | | |
|---|---|---|---|---|---|
| 107 | | | A | 2018-19 Report Card | |
| 108 | | | A | 2019-20 Report Card | |
| 109 | | | A | 2022-23 Transcript | |
| 110 | X | X | A | E-mail exchange with Elaine Kelsey and Mark Gullickson | Elaine Kelsey |
| 111 | | X | A | Photo from Oregon Trail field trip | Elaine Kelsey |
| 112 | | X | A | E-mail exchange with Elaine Kelsey and Mark Gullickson | Elaine Kelsey |
| 113 | | X | A | E-mail exchange with Elaine Kelsey and Jerrie Matuszak | Elaine Kelsey |
| 114 | | X | A | E-mail exchange with Elaine Kelsey and Jerrie Matuszak | Elaine Kelsey |
| 115 | X | X | A | E-mail from Jerrie Matuszak to Elaine Kelsey | Elaine Kelsey Jerrie Matuszak |
| | | | | **PLAINTIFF'S WITNESSES** | |
| 1 | X | | A | Elaine Kelsey | |
| 2 | X | | A | L.O.K. | |
| 3 | X | | A | Beth Riley | |
| 4 | X | | A | Tafita Andriamalala | |
| 5 | | | A | Sandi Cox | |
| 6 | X | | A | Victoria Kelsey | |
| 7 | X | | A | Jerrie Matuszak | |
| 8 | | | A | Sheryl Clemetsen | |
| | | | | **DEFENDANTS' WITNESSES** | |
| 1 | | X | A | Alivia Acker | |
| 2 | | | A | Anna Boyd | |
| 3 | | | A | Sheryl Clemetsen | |

| 4 | | X | A | Jennifer Crow | | |
|---|---|---|---|---|---|---|
| 5 | | | A | Elaine Kelsey | | |
| 6 | | | A | L.O.K. | | |
| 7 | | X | A | Jerrie Matuszak | | |
| 8 | | | A | Emily Valdez | | |