Can we get a copy
of the timeline presented
by the plaintiff in their
opening?

9-21-23

Received 9:50 Am @ 9/21/2023
Ann Aiken

Answer: No, the timeline
was a demonstrative exhibit
used by the lawyer in opening
statement +/or closing argument
and not received into evidence.
9:55 Am 9/21/2023
Ann Aiken

To answer 'Yes' on question #2 on the verdict form do we need to also agree to #2 on page 12 of the instructions that unequal treatment by Jerrie Martusack was 'based on gender?

Answer:

The Answer to the question from ████ is: YES.

Ann Aiken
September 20, 2023
5:22 PM

Received @ 5:00 PM
9/20/2023

9·20·23