# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

**L.O.K., a minor, by and through
ELAINE KELSEY, as L.O.K.'s
guardian and next friend,**

        Plaintiff,                        No. 6:20-cr-00529-AA

                                      **JUDGMENT**

        v.

**GREATER ALBANY PUBLIC
SCHOOL DISTRICT 8J;
JERRIE MATUSZAK**,

        Defendants.

_____

AIKEN, District Judge.

Based on the verdict of the jury following trial, ECF No. 90, judgment is for Plaintiff. Plaintiff is awarded $42,353.00 in economic damages and $275,000.00 in non-economic damages.

It is so ORDERED and DATED this  27th  day of September, 2023.

                             /s/Ann Aiken
                             ANN AIKEN
                             United States District Judge