**Jennifer J. Middleton**, OSB No. 071510
jmiddleton@justicelawyers.com
**Caitlin V. Mitchell**, OSB No. 123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: 541-484-2434
Fax: 541-484-0882
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **L.O.K., a Minor, and ELAINE KELSEY as L.O.K.'s Guardian and Next Friend,** | **Case No.: 6:20-cv-00529-AA** |
| **Plaintiff,** | **LOK'S SATISFACTION OF JUDGMENT** |
| v. | |
| **GREATER ALBANY PUBLIC SCHOOL DISTRICT 8J, MARK GULLICKSON and JERRIE MATUSZAK** | |
| **Defendants.** | |

The September 27, 2023, judgment in this case provides that defendants shall pay $317,353.00 to Plaintiff LOK. On October 6, 2023, counsel for Plaintiff and Defendant agreed to an award of $360,000 for attorney fees and costs to be paid to Plaintiff's counsel.

///

Page 1 - **LOK'S SATISFACTION OF JUDGMENT**

LOK acknowledges full and complete payment of all sums due and owing, and that defendants have thereby satisfied the judgment.

DATED this 26th day of October, 2023.

JOHNSON JOHNSON LUCAS & MIDDLETON PC

/s/Caitlin Mitchell
**Caitlin V. Mitchell,** OSB No. 123964
cmitchell@justicelawyers.com
**Jennifer J. Middleton**, OSB No. 071510
jmiddleton@justicelawyers.com
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: (541) 484-2434
Fax: (541) 484-0882
Attorneys for Plaintiff

Page 2 - **LOK'S SATISFACTION OF JUDGMENT**

## CERTIFICATE OF SERVICE

I certify that on October 26, 2023, a true copy of the **LOK'S SATISFACTION OF JUDGMENT**

was served as indicated below:

| | |
|---|---|
| VICKERS PLASS, LLC<br>Karen Vickers<br>5200 Meadows Road, Suite 150<br>Lake Oswego, OR 97035<br>Phone: 503-517-2406<br>kvickers@vickersplass.com<br>Attorney for Defendants | [ ] U.S. Mail<br>[x ] Electronic Filing<br>[ ] Email<br>[   ] Fax |

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

Jaclyn R. Hayes, Legal Assistant
541/484-2434
541/484-0882 fax
jhayes@justicelawyers.com

Page 1 – **CERTIFICATE OF SERVICE**